FORM–ADMRESC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                          Case No.: 2:16–bk–11909–BKM

Associated Thoracic & Cardiovascular Surgeons, Ltd.    Chapter: 11
PO BOX 14390
Scottsdale, AZ 85267–4390
SSAN:
EIN: 86–0229055

Debtor(s)

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 7/13/21 at 11:00 AM has been vacated.

This matter has been RESCHEDULED for hearing on 7/7/21 at 11:00 AM at before the Honorable Brenda K. Martin to consider and act upon the following matter:

CONTINUED CHAPTER 11 POST–CONFIRMATION STATUS HEARING

**This will be a telephonic hearing. To appear parties will need to call 877–336–1829, access code 5564497**

Date: May 18, 2021

Address of the Bankruptcy Clerk's Office:          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                 George Prentice
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov